John Tyler Pla
8:24-cr-70-VMC-J_S

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case Number: 8:24-cr-70-VMC-J_S** |
| **v.** | **USM Number: 08174-509** |
| **JOHN TYLER PLA** | **Jaclyn Isaacs-Bacallao, AFPD** |

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Seven, Eight, Nine, and Ten of the term of Supervised Release. Accordingly, the Court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conviction, Petit Theft, occurring on January 13, 2025, while on supervision in violation of the mandatory conditions of supervision: (Grade C Violation) | January 13, 2025 |
| Two | Failure to notify ten days prior to any change in residence in violation of Condition Five of the Standard Conditions of Supervision: (Grade C Violation) | March 12, 2025 |
| Three | Failure to pay restitution in violation of the Court's order: (Grade C Violation) | Between November 2024 and January 2025 |
| Four | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition: (Grade C Violation) | January 23, 2025 |
| Five | Failure to participate in Mental Health Counseling in violation of the Special Condition (Grade C Violation) | January 23, 2025 |

**John Tyler Pla**
**8:24-cr-70-VMC-J_S**

| Six | New conviction for conduct, Fleeing and Attempting to Elude a Police Officer, in violation of the mandatory conditions of supervision: (Grade B Violation) | March 12, 2025 |
| --- | --- | --- |
| Seven | New conviction for conduct, Resisting Officer Without Violence, while on supervision in violation of the mandatory conditions of supervision: (Grade C Violation) | March 12, 2025 |
| Eight | New conviction for conduct, Possession of Cocaine, occurring on March 13, 2025 while on supervision in violation of the mandatory conditions of supervision: (Grade B Violation) | March 13, 2025 |
| Nine | New conviction for conduct, Possession of a Controlled Substance, occurring on March 13, 2025 while on supervision in violation of the mandatory conditions of supervision: (Grade C Violation) | March 13, 2025 |
| Ten | New conviction for conduct, Possession of Drug Paraphernalia, occurring on March 13, 2025, while on supervision in violation of the mandatory conditions of supervision (Grade C Violation) | March 13, 2025 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in Defendant's

John Tyler Pla
8:24-cr-70-VMC-J_S

economic circumstances.

Date of Imposition of Sentence:

January 14, 2026

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

January ____14____, 2026

John Tyler Pla
8:24-cr-70-VMC-J_S

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHT (8) MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be housed at FCI Coleman.

- Defendant be evaluated for participation in any vocational training programs in construction, plumbing, HVAC, and electrical work.

Defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

John Tyler Pla
8:24-cr-70-VMC-J_S

## RETURN

I have executed this judgment as follows:

_____ Fully _____

_____

_____

_____

The defendant delivered on _____3/17/26_____ to _____FCC coleman medium_____

at _____Coleman, FL_____, with a certified copy of this judgment.

_____B. Lott, Warden_____
UNITED STATES MARSHAL

By:_____M. Register, CSO_____
Deputy U.S. Marshal

John Tyler Pla
8:24-cr-70-VMC-J_S

## SUPERVISED RELEASE

Upon service of the sentence herein, the Defendant shall be discharged from further jurisdiction of the Court in this case.